■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROCIO LIZARDO, Also Known as ROCIA LIZARDO, Appellant. [19 NYS3d 167]—Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about September 11, 2013, unanimously affirmed.

Application by defendant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Friedman, J.P., Sweeny, Renwick, Andrias and Moskowitz, JJ.

■ VLADISLAV DORONIN, Appellant, v OMAR AMANAT et al., Respondents. [19 NYS3d 167]—

Order, Supreme Court, New York County (Melvin L. Schweitzer, J.), entered December 3, 2014, which granted defendants' motion for a stay of the action pending the resolution of previously filed litigation in the United Kingdom, unanimously affirmed, without costs.

The motion court providently exercised its discretion in staying the present action (CPLR 2201). The parties in the pending litigation are the corporate vehicles representing the respective interests of the individual parties in the present action, both litigations involve defendants' alleged fraudulent conduct, and determination of the pending action may dispose of the issues in this action (see OneBeacon Am. Ins. Co. v Colgate-Palmolive Co., 96 AD3d 541 [1st Dept 2012]; Belopolsky v Renew Data Corp., 41 AD3d 322 [1st Dept 2007]). Concur—Friedman, J.P., Sweeny, Renwick, Andrias and Moskowitz, JJ.